United States Bankruptcy Court
District of New Hampshire

In re:                                                              Case No. 17-10091-BAH
Alex T. Moody                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0102-1          User: cac              Page 1 of 1             Date Rcvd: Aug 13, 2019
                              Form ID: pdf811        Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db             +Alex T. Moody,     55 Washington Street,    Penacook, NH 03303-1518
cr             +Anne Marie Heiser,    P.O. Box 83,    Suncook, NH 03275-0083
cr             +Rebecca Moody,     26 Tremont St,    Boscawen, NH 03303-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              Brad C. Davis    on behalf of Creditor Anne Marie  Heiser brad@davishuntlaw.com
              Brad C. Davis    on behalf of Creditor Stetson  Heiser brad@davishuntlaw.com
              Joseph M. Dolben    on behalf of Creditor    Federal National Mortgage Association
               jdolben@mlg-defaultlaw.com,    rdesrosiers@mlg-defaultlaw.com;yfrails@mlg-defaultlaw.com
              Lawrence P. Sumski     SumskiCh13@gmail.com
              Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
              Sandra A. Kuhn    on behalf of Debtor Alex T. Moody skuhn@familylegalservices.org,
               jodi@familylegalservices.org;family@familylegalservices.org;jrunge@familylegalservices.org;ahuntl
               ey@familylegalservices.org
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:  Alex T. Moody,
        Debtor.

Case No. 17-10091-BAH
Chapter 13 Bankruptcy

## Order

The Chapter 13 Trustee having filed a Motion to Dismiss and Sanction the Debtor (the "Motion") alleging his failure to comply with the terms of his Confirmed Plan as it pertains to tax returns and refunds, and the Court having given due consideration to the Motion, the Court hereby orders as follows:

1. The Motion is granted in part. The debtor is hereby sanctioned in the amount of $250.00, and the sanction shall be paid to the Chapter 13 Trustee on or before September 9, 2019.

2. Subsequent to the filing of the instant motion, the debtor has delivered to the Trustee a copy of the notice of lawful extension.

3. The hearing on the Motion to Dismiss is hereby continued to November 22, 2019 at 9:00 a.m., pending the receipt of a copy of the tax return and any applicable excess tax refund.

So Ordered.

Dated: August 13, 2019

/s/ Bruce A. Harwood
Bruce A. Harwood
Chief Bankruptcy Judge